### Ricky TEJADA and Multiple, Plaintiffs

v.

### John E. WETZEL, et al.

**Appeal of Ricky Tejada.**

Supreme Court of Pennsylvania.

Oct. 16, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of October, 2012, the Order of the Commonwealth Court is **AFFIRMED.** Appellant's Motions for Sanctions and for Correction of the Record are **DENIED.** Appellant's Motion for Oral Argument is **DENIED AS MOOT.**